NUMBER 13-05-116-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE DONALD RAY McCRAY
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez and Wittig


 
Memorandum Opinion Per Curiam




         Relator, Donald Ray McCray, has filed a petition for writ of mandamus in the
above cause seeking to have the trial court act on relator’s “pending: motion of
request for subpoena of [witnesses], default judgment, bench warrant, scheduling
order, special exception hearing, habeas corpus . . . .” The Court, having examined
and fully considered the petition for writ of mandamus, is of the opinion that relator
has not shown himself entitled to the relief sought. The petition generally fails to
comply with Texas Rule of Appellate Procedure 52.3 and further fails to establish that
the district court: (1) had a legal duty to perform a nondiscretionary act, (2) was
asked to perform the act, and (3) failed or refused to do so. See In re Chavez, 62
S.W.3d 225, 228 (Tex. App.–Amarillo 2001, orig. proceeding). Accordingly, the
petition for writ of mandamus is hereby DENIED. See Tex. R. App. P. 52.8(a).          
                                                                                          PER CURIAM
Memorandum opinion delivered and filed
this 16th day of March, 2005.